IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eriberto Penaloza,   )<br>            )<br>      Plaintiff,   )<br>            )<br>v.          )<br>            )<br>            )<br>State of California, et al.,  )<br>            )<br>      Defendants.  )<br>            )<br>_____ ) | No. CV-1-08-341-FJM<br><br>**ORDER** |

Final judgment having been entered on June 22, 2009,

IT IS ORDERED denying plaintiff's "Supplemental Motion for Appointment of Counsel" on grounds of mootness (doc. 13.).

DATED this 12th day of March, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge